IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY GERLING, | ) |
|     Plaintiff, | ) No. 3:14-cv-01196 |
| | ) |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Bryant |
| VOLUNTEER EXPRESS, INC., | ) |
| | ) JURY DEMAND |
|     Defendant. | ) |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the _____ day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT