# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY GERLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1196 |
| | ) | Judge Trauger |
| VOLUNTEER EXPRESS, INC., | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon the reassignment of this case to Judge Trauger, the reference to the Magistrate Judge is **WITHDRAWN**, and the subsequent case management conference scheduled before him on March 17, 2015 (Docket No. 10 at 3) is **CANCELLED**.

By separate order, this case is being set for a jury trial before Judge Trauger.

It is so **ORDERED**.

ENTER this 8th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge